AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>**NEGASI ZUBERI**<br>**aka JUSTIN JOSHUA HYCHE**<br><br>*Defendant(s)* | Case No.<br>1:23-mj- 117-CL |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 15, 2023__ in the county of __Klamath__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201 | Interstate Kidnapping |

This criminal complaint is based on these facts:

Please see attached Affidavit of FBI Travis Gluesenkamp.

☑ Continued on the attached sheet.

S/Travis Gluesenkamp

_____
*Complainant's signature*

Travis Gluesenkamp, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __3:55__ a.m./p.m.

Date: __7/17/23__

_____
*Judge's signature*

City and state: __Medford, Oregon__      Mark D. Clarke, U.S. Magistrate Judge
*Printed name and title*